UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE STEEL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C18-796-RBL-JPD<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court upon plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Specifically, plaintiff's IFP application indicates that within the past twelve months, plaintiff and her spouse received income over $74,000 from their pension/annuities, 401K, and social security benefits. *Id*. at 1. In addition, they own a home and represent that they have $2,250 in their bank accounts at this time. *Id*. at 2.

After careful consideration of plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends DENYING plaintiff's application to proceed IFP

REPORT AND RECOMMENDATION
PAGE - 1

(Dkt. 1) and directing her to pay the $400 filing fee within thirty (30) days of the date of the Order adopting this Report and Recommendation. Plaintiff is advised that failure to pay this filing fee will result in dismissal of this action.

The Clerk of the Court is directed to send copies of this Report and Recommendation to the plaintiff and to the Honorable Ronald B. Leighton.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **June 27, 2018**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 29, 2018.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 6th day of June, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2