UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE STEEL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C18-796-RBL-JPD<br><br>ORDER OF DENIAL |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's IFP application, Dkt. 1, is DENIED. Plaintiff shall pay the applicable filing fee within thirty (30) days of the date of this Order, or this case shall be dismissed.

(3)    The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 29th day of June, 2018.

Ronald B. Leighton
United States District Judge

ORDER OF DENIAL
PAGE - 1